No. 750. UNITED STATES *v.* BERMAN ET AL. Appeal from the United States District Court for the Northern District of California. *Per Curiam:* Judgment reversed.

*United States* v. *Grainger,* 346 U. S. 235, decided this day. MR. JUSTICE BLACK, MR. JUSTICE FRANKFURTER, and MR. JUSTICE DOUGLAS, adopting the reasoning in the opinion of Judge Learned Hand in *United States* v. *Klinger,* 199 F. 2d 645, would affirm the District Court in dismissing this indictment. MR. JUSTICE JACKSON took no part in the consideration or decision of this case. *Acting Solicitor General Stern* for the United States.